# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DURDEN, | Case No. CV 16-07100 RSWL (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: 8/16/2017

<u>s/ RONALD S.W. LEW</u>
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE